IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| KATHY K. WOOD, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CIVIL ACTION NO. 13-0278-KD-N |
|  | ) |  |
| HALLIE DIXON, in her official capacity as | ) |  |
| Baldwin County District Attorney, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

After due and proper consideration of all portions of the issues raised and a *de novo* determination of those portions of the recommendation to which objection is made, the Court adopts the reasoning of the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 5, 2013.

Plaintiff asserts in her objection that the complaint should be construed to request reinstatement, thus saving her complaint from dismissal. However, on the face of the complaint the *Young* exception is not supportable. The Court will withhold dismissing the case for **seven (7)** days to allow plaintiff the opportunity to file an amended complaint. Accordingly, plaintiff shall file her amended complaint on or before **December 3, 2013.**

Done and ordered the 26th day of November 2013.

                                                                                s/ Kristi K. DuBose
                                                                                KRISTI K. DuBOSE
                                                                                UNITED STATES DISTRICT JUDGE