# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KATHY K. WOOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 13-00278-KD-N |
| HALLIE DIXON, in her official capacity as Baldwin County District Attorney, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 17, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 4th day of April 2014.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE